IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA       )
                               )
                               )
vs                             )     Case No. 1:02CR006-002
                               )
RONALD A. REAVES               )
                               )

ORDER TERMINATING PROBATION

The above named defendant commenced a 36 month term of Supervised Release on July 1, 2003. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2005

_____
The Honorable Susan J. Dlott,
United States District Judge